ELIZABETH GUNTRUM, as Administratrix of the Estate of FREDERICK J. GUNTRUM, Deceased, Respondent, *v.* THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.

(Submitted May 27, 1918; decided June 4, 1918.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 223 N. Y. 625.)

_____

MATT NAUYALIS, Appellant, *v.* PHILADELPHIA AND READING COAL AND IRON COMPANY, Respondent.

*Nauyalis* v. *Philadelphia & Reading Coal & Iron Co.*, 170 App. Div. 500, appeal dismissed.

(Argued May 27, 1918; decided June 4, 1918.)

MOTION to dismiss an appeal from a judgment and order of the Appellate Division of the Supreme Court in the second judicial department, entered January 17, 1916, modifying and *unanimously* affirming as modified a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant.

The motion was made upon the ground that permission to appeal from the order of affirmance only was obtained; that the appeal could only be taken from the judgment of affirmance and that permission to appeal therefrom had not been obtained.

*Pierre M. Brown* for motion.

*Albert Massey* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.